IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID M. OATES,<br>   on behalf of himself and<br>   others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>KINDER MORGAN ENERGY<br>   PARTNERS, L.P.,<br><br>        Defendant. | Case No. CIV-19-1171-SLP |

## **O R D E R**

Before the Court are the following motions to intervene: Cleveland Integrity Services, Inc.'s Motion to Intervene [Doc. No. 37], Kestrel Field Services, Inc.'s Motion to Intervene [Doc. No. 73], and Natural Energy Field Services, LLC's Motion to Intervene [Doc. No. 85] (collectively, the "Motions"). With the exception of Natural Energy Field Services, LLC's motion, the Motions are at issue. *See* Doc. Nos. 53, 56-57, 79-81, 83.[1]

The Court acknowledges that certain events have taken place after the filing of the Motions. In March 2021, Plaintiff and Defendant notified the Court that they had fully settled. *See* Am. Joint Notice of Settlement [Doc. No. 102]. Plaintiff recently filed an Unopposed Motion to Approve FLSA Settlement [Doc. No. 122]. Additionally, also in March 2021, Defendant apparently filed suit in Texas seeking indemnity from the proposed intervenors. *See* Mot. to Quash Subpoena [Doc. No. 110], at 4.

---

[1] The Court extended Plaintiff's deadline to respond to the Natural Energy Field Services motion to June 9, 2021. Order [Doc. No. 117].

The Court finds that, in light of these events, supplemental briefing on the Motions is warranted. The proposed intervenors shall submit supplemental briefs addressing the impact of the settlement and indemnity suit on the pending Motions, as well as any other new issue the proposed intervenors deem pertinent to the Motions. The proposed intervenors shall also advise the Court if any matters raised in the Motions have been rendered moot.

IT IS THEREFORE ORDERED that proposed intervenors Cleveland Integrity Services, Inc., Kestrel Field Services, Inc., and Natural Energy Field Services, LLC shall submit supplemental briefs as described in this Order on or before June 8, 2021. The supplemental briefs shall not exceed 10 pages. The parties may file responses also limited to 10 pages on or before June 15, 2021.

IT IS SO ORDERED this 25th day of May, 2021.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE