# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID M. OATES, Individually and for Others Similarly Situated,<br><br>v.<br><br>KINDER MORGAN ENERGY PARTNERS, LP | Case No. 5:19-CV-01171-SLP<br><br>Hon. Scott L. Palk<br><br>FLSA Collective Action Pursuant to § 216(b) |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pending before this Court are two motions to intervene, based in large part on purported arbitration agreements between certain class member inspectors and third-party vendors: Cleveland Integrity Services, Inc.'s Motion to Intervene [ECF 37] and Kestrel Field Services, Inc.'s Motion to Intervene [ECF 73] (collectively, the "Motions"). Oates opposes these Motions, pointing out (1) Plaintiffs are making no claims against the third-party vendors and (2) the third-party vendors' arbitration agreements do not apply to claims against Kinder Morgan, which Kinder Morgan chose to settle in this Court. *See* ECF 53; ECF 79; ECF 115.

In response to recent supplements to the Motions, Oates informed this Court of Magistrate Judge Lenihan's recent recommendation to deny similar motions to intervene filed by similar third-party vendors in *Robertson v. Enbridge (U.S.) Inc.*, No. 2:19-CV- 01080-LPL (W.D. Pa. May 28, 2021). *See* ECF 129 at 10-11; ECF 130 at 8-9. On June 23, 2021, District Judge William Stickman IV "thoroughly agree[d]" with Judge Lenihan's meticulous analysis—which is equally applicable to this proceeding—and adopted the Report and Recommendation, thereby denying third-party vendors' motions to intervene. *See* Order of Court, attached as Exhibit 1.

Respectfully submitted,

By:    */s/Taylor A. Jones*
     **Michael A. Josephson**
     Texas State Bar No. 24014780
     OK Fed. ID No. 14-145
     **Andrew W. Dunlap**
     Texas State Bar No. 24078444
     **Taylor A. Jones**
     Texas State Bar No. 24107823
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
tjones@mybackwages.com

**Richard J. (Rex) Burch**
Texas State Bar No. 24001807
**BRUCKNER BURCH, PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**Michael Burrage**, OBA No. 1350
**WHITTEN BURRAGE**
512 North Broadway Ave., Suite 300
Oklahoma City, Oklahoma
405-516-7800 – Telephone
405-516-7859 – Facsimile
**ATTORNEYS IN CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 24, 2021 the foregoing was filed electronically with the Clerk of Court using the ECF system, which sent notice to all known parties of the case in accordance with the Federal Rules of Civil Procedure.

       */s/ Taylor A. Jones*
       **Taylor A. Jones**