IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID M. OATES, Individually and on Behalf of Others Similarly Situated,<br><br>v.<br><br>KINDER MORGAN ENERGY PARTNERS, L.P. | §<br>§<br>§<br>§   Case No. 5:19-CV-01171-SLP<br>§   Jury Demanded<br>§<br>§<br>§ |

**ONSHORE QUALITY CONTROL SPECIALISTS, LLC'S NOTICE
OF WITHDRAWAL OF ITS MOTION TO INTERVENE**

Onshore Quality Control Specialists, LLC, ("Onshore") provides notice to the Court and the parties that it is hereby withdrawing its motion to intervene filed herein (Dkt. 149) and that it no longer seeks to intervene in this lawsuit.

1

Respectfully submitted,

By: */s/William H. Hoch III*
William H. Hoch III, OBA #15788
CROWE & DUNLEVY, P.C.
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
will.hoch@crowedunlevy.com

And

By: */s/ Eric C. Wood*
Eric C. Wood
State Bar No. 24037737
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, Texas 75034
Phone: (214) 327-5000
Fax: (214) 327-5001
Email: eric@brownfoxlaw.com

*Admitted pro hac vice*

ATTORNEYS FOR ONSHORE QUALITY CONTROL SPECIALISTS, LLC

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 8, 2021, I electronically transmitted the above and foregoing instrument for filing and for transmittal of a Notice of Electronic Filing through the CM/ECF system to all ECF registrants in this case as indicated:

Michael A Josephson
mjosephson@mybackwages.com

Andrew W Dunlap
adunlap@mybackwages.com

David B Jordan
djordan@littler.com

Richard J Burch
rburch@brucknerburch.com

G Mark Jodon
mjodon@littler.com

/s/ *Eric C. Wood*
Eric C. Wood