IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID M. OATES,<br>   on behalf of himself and<br>   others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>KINDER MORGAN ENERGY<br>   PARTNERS, L.P.,<br><br>         Defendant. | Case No. CIV-19-1171-SLP |

**O R D E R**

Before the Court is Cleveland Integrity Services, Inc.'s Motion to Compel Arbitration [Doc. No. 144]. It is at issue. *See* Def.'s Opp'n [Doc. No. 158]; Pls.' Opp'n [Doc. No. 162]; Reply [Doc. No. 167]; *see also* Notice Suppl. Authority [Doc. No. 174]. In light of Cleveland Integrity Services, Inc.'s concession that the Motion is not ripe and could be mooted by the parties' settlement,[1] as well as the Court's Order denying Plaintiff's settlement approval motion without prejudice [Doc. No. 176], the Court denies the Motion to Compel Arbitration without prejudice as premature.

IT IS SO ORDERED this 7th day of June, 2022.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] *See* Reply [Doc. No. 167], at 2 ("Putting this motion to compel arbitration on hold makes the best practical sense. If this Court approves the settlement (which include the CIS Quartet), then there is nothing to be done on this Motion -- it is indeed mooted. If this Court rejects the settlement, then whether the CIS Quartet must arbitrate their claims is ripe for decision.").